UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Stephen Pollack <br><br> Plaintiff <br> v. <br><br> Unum Life Insurance Company of America <br><br> Defendant | Case No: 2:17-cv-00362-NT |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rules of Civil Procedure Rule 41(A), Plaintiff, Stephen Pollack, by and through his attorney, Andrew S. Davis, Esquire, hereby voluntary dismisses this matter with prejudice, and without costs to either party.

Dated: October 16, 2017

/s/Andrew S. Davis
Andrew S. Davis, Esq.
LAMBERT COFFIN
477 Congress Street
Portland, Maine 04101
207.370.3010
adavis@lambertcoffin.com

1